LEONARD H. WALTERS, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

*Walters* v. *Lehigh Valley R. R. Co.,* 181 App. Div. 916, affirmed.
(Argued March 8, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered December 6, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. It was alleged that defendant ran one of its trains, upon which the plaintiff was a fireman, at an excessive rate of speed around a curve through the interlocking plant on defendant's main line at Niagara Junction, and as a result the plaintiff was thrown from the tender of the engine hauling the train in question and severely injured.

*Riley H. Heath* for appellant.

*Leon C. Rhodes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cardozo, Pound, Crane and Andrews, JJ.